CJA 23 (Rev. 11/11)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)

IN THE CASE OF _____ v. _____

FOR _____ AT _____

**FILED**
APR 09 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

LOCATION NUMBER: _____

DOCKET NUMBERS
Magistrate Judge: _____
District Court: _____
Court of Appeals: _____

PERSON REPRESENTED (Show your full name): Wesley Johnson

CHARGE/OFFENSE (describe if applicable & check box →) ☑ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☑ No ☐ Self-Employed
- Name and address of employer: Menards
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment? 10/2018
- How much did you earn per month? $ 500
- If married, is your spouse employed? ☑ Yes ☐ No
- IF YES, how much does your spouse earn per month? $ 900 (estimated)
- If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
RECEIVED / SOURCES
IF YES, give the amount received and identify the sources $ _____

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No IF YES, total amount? $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
IF YES, give value and description for each
VALUE: $ 800 — DESCRIPTION: 2004 Ford Ranger

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☐ Single
☑ Married
☐ Widowed
☐ Separated or Divorced
Total No. of Dependents: 1
List persons you actually support and your relationship to them: Step-daughter

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Utilities | $ 400 | $ 400 |
| Water | $ | $ 100 |
| Phone | $ | $ 100 |
| Car payment | $ | $ 465 |

I certify under penalty of perjury that the foregoing is true and correct.
s/Wesley D. Johnson

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

Date: 4-9-19